UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-779

**Caption [use short title]**

**Motion for:** to file brief under seal

Newman v. Bayer Corporation, et al.

Set forth below precise, complete statement of relief sought:

Counsel seeks leave to file the opposition and response to Respondent's Motion for Leave to File Reply under seal (with a redacted brief filed publicly) to keep confidential information which was not made publicly available.

**MOVING PARTY:** Tanysha Newman     **OPPOSING PARTY:** Bayer Corporation and Bayer Healthcare LLC

☐ Plaintiff     ☐ Defendant
☐ Appellant/Petitioner     ☒ Appellee/Respondent

**MOVING ATTORNEY:** Caroline C. Donovan     **OPPOSING ATTORNEY:** Jonathan F. Cohn

[name of attorney, with firm, address, phone number and e-mail]

Bursor & Fisher, P.A.
1330 Avenue of the Americas, 32nd Fl.
New York, NY 10019, (646) 437-7150

Lehotsky Keller Cohn LLP
200 Massachusetts Avenue, NW, Suite 700
Washington, DC 20001, (512) 693-8350, jon@lkcfirm.com

**Court- Judge/ Agency appealed from:** Southern District of New York, Hon. Kenneth M. Karas

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes   ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date:

**Signature of Moving Attorney:**

_Caroline Donovan_  **Date:** 7/2/2025     **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)