# 25 - 779

# United States Court of Appeals

### FOR THE SECOND CIRCUIT

TANYSHA NEWMAN, individually and on behalf of all others similarly situated,

*Plaintiff-Respondent*,

v.

BAYER CORPORATION and BAYER HEALTHCARE LLC,

*Defendants-Petitioners.*

_____

FROM AN ORDER GRANTING CLASS CERTIFICATION ENTERED
BY THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
CASE NO. 7:22-CV-7087-KMK-AEK
THE HONORABLE KENNETH M. KARAS

**DECLARATION IN SUPPORT OF MOTION TO FILE UNDER SEAL AND FILE REDACTED BRIEF PUBLICLY RESPONDENT'S OPPOSITION AND RESPONSE TO PETITIONERS' LEAVE TO FILE A REPLY**

| **BURSOR & FISHER, P.A.** | **BURSOR & FISHER, P.A.** |
|---|---|
| Max S. Roberts | L. Timothy Fisher |
| Caroline C. Donovan | 1990 N. California Blvd., 9th Floor |
| 1330 Ave. of the Americas, 32nd Floor | Walnut Creek, CA 94596 |
| New York, NY 10019 | Telephone: (925) 300-4455 |
| Telephone: (646) 837-7150 | E-mail: ltfisher@bursor.com |
| E-mail: mroberts@bursor.com | |
| cdonovan@bursor.com | |

*Class Counsel and Attorneys for Plaintiff-Respondent*

I, Caroline C. Donovan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.　　　　I am an Associate at Bursor & Fisher, P.A., counsel of record for Plaintiff-Respondent Tanysha Newman ("Newman") in this action. I am an attorney at law licensed to practice in the State of New York and this Circuit. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2.　　　　On August 19, 2022, Newman filed a class action complaint against Defendants-Petitioners Bayer Corporation and Bayer Healthcare LLC ("Bayer") in the District Court for the Southern District of New York. *See Newman v. Bayer Corporation et al*, Case No. 7:22-cv-07087 (S.D.N.Y.), ECF No. 1.

3.　　　　On July 19, 2024, Newman moved for class certification. *See Newmanv. Bayer Corporation et al*, Case No. 7:22-cv-07087 (S.D.N.Y.), ECF Nos. 69-73.

4.　　　　Accompanying Newman's motion for class certification was a letter addressed to the court requesting the motion be filed under seal. ECF No. 68. A true and correct copy of the letter is attached as Exhibit 1 to Newman's Motion to File Under Seal her Opposition to Bayer's 23(f) Petition. *See* Dkt. No. 27.1. The District Court granted Newman's request to file under seal. ECF No. 77.

5.　　　　Newman respectfully requests that this Court allow counsel to submit the brief in opposition and in response to Bayer's Motion for Leave to File a

1

Reply under seal and publicly file a version which redacts the information found to be protected by the District Court.

6. The reason for this request pertains to the fact Newman cites to internal documents produced by Bayer that were designated as "confidential" or "confidential – attorneys' eyes only" by the district court.

7. Were any of these documents or the content therein to be disclosed, Bayer would be competitively harmed. I have consulted with counsel for Bayer, who informed me they consent to this request.[1]

**WHEREFORE**, it is respectfully requested that the Court grant this motion and allow for the brief to be filed under seal and permit Newman to publicly file a version which redacts the relevant information.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge. Executed on July 2, 2025 in New York, New York.

/s/ *Caroline C. Donovan*
Caroline C. Donovan

---

[1] I further provided Bayer's counsel with a copy of the unredacted brief via E-mail contemporaneously with the filing of this brief.

2

# CERTIFICATE OF SERVICE

I certify that, on July 2, 2025, I filed the foregoing document on this Court's ACMS, resulting in service to the following persons on the Court's ECF service list:

**LEHOTSKY KELLER COHN LLP**
Jonathan F. Cohn
Shannon Grammel Denmark
Jacob B. Richards
200 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (512) 593-8350
E-mail: jon@lkcfirm.com
　　　　shannon@lkcfirm.com
　　　　jacob@lkcfirm.com

**LEHOTSKY KELLER COHN LLP**
Alexis Swartz
408 W. 11th Street, 5th Floor
Austin, TX 78701
Telephone: (913.687.9185)
E-mail: alexis@lkcfirm.com

*Attorneys for Defendants-Petitioners*

**SCHAERR JAFFE LLP**
Donald Falk
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 562-4942
E-mail: dfalk@schaerr-jaffe.com

**SCHAERR JAFFE LLP**
Gene C. Schaerr
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
E-mail: gschaerr@schaerr-jaffe.com

**U.S. CHAMBER LITIGATION CENTER**
Jennifer B. Dickey
Kevin R. Palmer
1615 H Street, NW
Washington, DC 20062
Telephone: (202) 659-6000
jdickey@uschamber.com
kpalmer@uschamber.com

*Attorneys for Amicus Curiae*

I declare under penalty of perjury under the laws of the United States and the State of New York that the above is true and correct. Executed on July 2, 2025 in New York, New York.

By: */s/ Caroline C. Donovan*
　　　Caroline C. Donovan

3